# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOBIE DOMINIQUE

VERSUS

CHET MORRISON CONTRACTORS,
LLC AND AMERICAN EQUITY
UNDERWRITERS, INC.

NO.  2026 CW 0621

**JULY 09, 2026**

---

In Re:    Chet  Morrison  Contractors,  LLC  and  Manufacturers
          Alliance  Insurance  Company,  applying  for  supervisory
          writs,  Office  of  Workers'  Compensation,  District  9,
          No. 2506204.

---

**BEFORE:    THERIOT, PENZATO, AND MILLER, JJ.**

    **WRIT DENIED.**

                       **MRT**
                       **AHP**
                       **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT